**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-11-026 |
| | § § § | |
| CHRISTOPHER POLLET | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 39). The motion for continuance is GRANTED. The sentencing hearing is reset to **August 2, 2012 at 9:30 a.m.** Objections to the presentence report are due by July 13, 2012.

SIGNED on March 26, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge